**Brian MANN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 104188

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: February 21, 2017

Susan L. Hogan, Kansas City, MO, for appellant.

Evan J. Buchheim, Jefferson City, MO, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

Brian Mann ("Movant") appeals from a judgment denying his Rule 29.15[1] postconviction relief motion without an evidentiary hearing. On appeal, Movant contends the motion court clearly erred in denying his motion because trial counsel was ineffective for failing to consult with or hire an expert who could provide advice about, and testify regarding, blood spatter and spatter patterns, which would have enhanced his alibi defense. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to MO. R. CIV. P. 84.16(b) (2015).

---

1. All statutory references are to RSMo (2000), unless otherwise indicated.

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.